[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-12758
Non-Argument Calendar

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 17, 2009
THOMAS K. KAHN
CLERK

_____

D. C. Docket No. 06-00349-CR-T-30-MAP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARQUIS DARGON,
a.k.a. Pig,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(February 17, 2009)**

Before TJOFLAT, BIRCH and HULL, Circuit Judges.

PER CURIAM:

Thomas H. Ostrander, appointed counsel for Marquis Dargon in this direct

criminal and sentencing appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dargon's conviction and sentence are **AFFIRMED.**